■ EDWARD C. SLONIGER et al., Plaintiffs, v NIAGARA MOHAWK POWER CORPORATION, Defendant and Third-Party Plaintiff. NEW YORK TELEPHONE COMPANY, Third-Party Defendant. NEW YORK TELEPHONE COMPANY, Doing Business as NYNEX, Fourth-Party Plaintiff-Respondent, v R.D. WERNER Co., INC., et al., Fourth-Party Defendants-Appellants. (Appeal No. 2.) [761 NYS2d 570] —Appeal from an order of Supreme Court, Niagara County (Fricano, J.), entered July 15, 2002, which, inter alia, granted the motion of fourth-party plaintiff to strike the answer of fourth-party defendants.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs, the motion is denied, the answer is reinstated and the award of judgment is vacated.

Same memorandum as in *Sloniger v Niagara Mohawk Power Corp.* (306 AD2d 842 [2003] [decided herewith]). Present— Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.